UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JORGE MELENDEZ, ) | No. ED CV 11-01839-SVW (VBK) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| J. TIM OCHOA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Motion to Dismiss is granted and that the Petition is dismissed with prejudice.

DATED: April 16, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE